■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS BORRERO, Appellant.—Judgment, Supreme Court, Bronx County (Frank Torres, J.), rendered on June 13, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Smith, JJ.

■ BARRY ZABUSKY, Respondent, v MBW ADVERTISING NETWORK, INC., et al., Appellants.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on or about July 8, 1988, unanimously affirmed, for reasons stated by Martin Stecher, J. Respondent shall recover of appellants $250 costs and disbursements of this appeal. Concur—Carro, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.